UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY L HENDERSON,<br><br>                Plaintiff,<br><br>    v.<br><br>KERRY L GLASOE-GRANT and TERRY LANE,<br><br>                Defendants. | CASE NO. C14-5157 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court dismisses this action prior to service because plaintiff cannot challenge the length of his confinement in a civil rights action and he has not named a proper defendant that could act under color of state law and not be immune from suit.

DATED this 31st day of March, 2014.

                                          RONALD B. LEIGHTON
                                          UNITED STATES DISTRICT JUDGE